**Order entered May 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01543-CV

**GUSTAVO NOEL HINOJOSA, Appellant**

**V.**

**STEVE PAUL LAFREDO, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-16693**

## ORDER

Before the Court is appellant's May 8, 2019 unopposed second motion to extend time to

file his brief.  We **GRANT** the motion and **ORDER** the brief due by June 7, 2019.


/s/     ERIN A. NOWELL
          JUSTICE